Augustine BRIMBAU

v.

AUSDALE EQUIPMENT RENTAL CORPORATION.

No. 79–401–A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Raymond A. LaFazia, Joseph A. Kelly, Providence, for plaintiff.

Higgins, Cavanagh & Cooney, Kenneth P. Borden, Providence, for defendant.

## ORDER

The defendant's motion for extension of the time within which to file its brief to February 29, 1980 is granted. The defendant's motion for permission to file a brief in excess of 50 pages is granted, provided, that said brief shall not exceed 65 pages.

DORIS, J., did not participate.